IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: <br><br> BRENDA L. BELT <br><br> Debtor <br><br> and <br><br> OMARI BELT <br><br> Co-Debtor | Case No. 25-14790 DER <br><br> Chapter 13 |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO**
**314 MELVIN AVENUE, GRASONVILLE, MARYLAND 21638**
**IN REM RELIEF FROM THE CO-DEBTOR STAY AND**
<u>**FOR ADEQUATE PROTECTION**</u>

Queenstown Bank of Maryland (the "Movant" or "Creditor"), through its counsel Bob Van Galoubandi, Esq. moves pursuant to 11 U.S.C. § 362(d), 11 U.S.C. § 1301(c), Rule 4001(a), and Local Rule 4001-1 for an Order for relief from the automatic stay and co-debtor stay (the "Motion") with respect to that certain real property described and defined in the Motion below and in support thereof, the Movant states, as follows:

**I. JURISDICTION & VENUE**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(a). Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409. This Motion is a core proceeding under 28 U.S.C. § 157(b)(2)(G).

**II. BACKGROUND**

1. The Debtor and Omari Belt (the "Co-Debtor") co-own all that certain real property commonly known as 314 Melvin Avenue, Grasonville, Maryland 21638, Tax Account No. 05-018781 (the "Subject Property" or the "Collateral").

2. On December 15, 2020, Movant extended a loan (the "Loan") to the Debtor and the "Co-Debtor, which Loan was evidenced by an Eighty Thousand Two Hundred Fifty Dollar and No Cents ($80,250.00) Promissory Note, dated December 15, 2020, executed and delivered by the Debtor and the Co-Debtor to the order of the Movant, as modified and amended by that certain Change In Terms Agreement, dated March 11, 2022 (collectively, the "Note"). A true and accurate copy of the Note is attached as Exhibit "A" to Proof of Claim No. 9 ("POC 9") and is incorporated by reference herein.

3. As security for the payment and performance of the Note, the Debtor and Co-Debtor executed and delivered a Purchase Money Deed of Trust, dated December 15, 2020, to Kevin Cashen and C. Franklin Russum, trustees named therein, for the benefit of the Movant, recorded among the Land Records of Queen Anne's County, Maryland, in Liber 3543, folio 143 (the "Deed of Trust"), which Deed of Trust encumbers and constitutes a lien on the Property. A true, accurate, and recorded copy of the Deed of Trust is attached as Exhibit "B" to POC 9 and is incorporated by reference herein.

4. The Note, the Deed of Trust, and all other loan and security agreements executed in connection therewith are hereinafter referred to, collectively, as the "Loan Documents."

5. The Debtor and Co-Debtor defaulted under Loan Documents by failing to make payments under the loan when due.

6. Pursuant to Section 1301(c)(1), the Co-Debtor received direct consideration for the Loan, because the Co-Debtor co-owns the Property subject to the Loan Documents. See Paragraph 1 supra.

7. Since the filing of the Debtor's voluntary petition, the Debtor and Co-Debtor have failed to make any post-petition payments.

8. As September 10, 2025, the amounts due and owing *post-petition* are, as follows:

| | | |
|---|---|---|
| June 2025 Late fee | $ | 33.97 |
| June payment not made 6/1 | $ | 679.48 |
| June 2025 Lien Release Fee | $ | 50.00 |
| July 2025 Late Fee | $ | 33.97 |
| July payment not made 7/1 | $ | 679.48 |
| August 2025 Late Fee | $ | 33.97 |
| August payment not made 8/1 | $ | 679.48 |
| September payment not made 9/1 | $ | 679.48 |
| Lift Stay Filing Fee | $ | <u>199.00</u> |
| Total: | <u>$</u> | <u>3,068.83</u> |

See Affidavit in Support of Motion for Relief from Stay attached hereto as Exhibit "1" and incorporated herein by reference.

### III. AUTOMATIC STAY

9. Sections 362(d)(1) of the Bankruptcy Code provide:

> (d) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay –
>
> * * *
>
> (1) for cause, which includes the lack of adequate protection of an interest in property of such party in interest;

The Movant is entitled to relief from the automatic stay under Sections 362(d)(1) of the Bankruptcy Code.

## Legal Standard

10. Lack of adequate protection of a creditor's interest is grounds to lift the automatic stay. In re ASI Activation, 934 F.2d 1315 (4th Cir. 1991). In re Mullins, 877 F.2d 60 (4th Cir. 1989). In re Elmira Litho, Inc., 174 B.R. 892, 903 (Bankr. S.D.N.Y. 1994) ("the creditor may establish its case by demonstrating that the debtor has failed, to make post-petition payments").

**WHEREFORE**, Queenstown Bank of Maryland, respectfully requests the United States Bankruptcy Court enter an Order:

(i) Terminating the Automatic Stay of 11 U.S.C. § 362 in the above-captioned bankruptcy case, as to Queenstown Bank of Maryland, with respect to the Collateral and with respect to the Co-Debtor interest in the Collateral (i.e. *in rem* only);

(ii) Waiving the stay referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3); and

(iii) Granting such other and further relief as may be necessary and just in this case.

Respectfully submitted,

Dated: September 26, 2025

/s/ Bob Van Galoubandi
Bob Van Galoubandi, Bar No. 28545

The Commerce Center
1777 Reisterstown Road, Suite 375
Baltimore, Maryland 21208

Phone: (410) 739-4562
E-Mail: bgaloubandi@gmail.com

*Attorney for Queenstown Bank of Maryland*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on 26th day of September, 2025, a copy of Queenstown Bank of Maryland's Motion for Relief from the Automatic Stay, together with a Notice of Motion was served on the following persons, via ECF and/or first-class U.S. mail, postage prepaid, as set for the below.

| Service Party | Method of Service |
|---|---|
| Brenda L. Belt<br>PO Box 455<br>Grasonville, Maryland 21638 | ☒First Class U.S. Mail, postage prepaid<br>☐CM/ECF |
| Brian A. Tucci, Esq.<br>Chapter 13 Trustee<br>ECF@ch13balt.com | ☐First Class U.S. Mail, postage prepaid<br>☒CM/ECF |
| Randa S. Azzam, Esq.<br>c/o CSMC 2021-RPL7 Trust<br>10130 Perimeter Pkwy, Suite 400<br>Charlotte, NC 28216<br>logsecf@logs.com | ☐First Class U.S. Mail, postage prepaid<br>☒CM/ECF |
| Omari Belt<br>PO Box 455<br>Grasonville, Maryland 21638 | ☒First Class U.S. Mail, postage prepaid<br>☐CM/ECF |
| Omari Belt<br>307 Wilson Road<br>Grasonville, Maryland 21638 | ☒First Class U.S. Mail, postage prepaid<br>☐CM/ECF |
| Amy K. Kline, Esq.<br>c/o Consumer Portfolio Services, Inc.<br>35 Franklin Boulevard<br>Reisterstown, Maryland 21136 | ☐First Class U.S. Mail, postage prepaid<br>☒CM/ECF |
| Capital One<br>PO Box 57099<br>Irvine CA 92619 | ☒First Class U.S. Mail, postage prepaid<br>☐CM/ECF |
| Kohl's<br>NR W17000 Ridgewood Drive<br>Menomenee Falls WI 53051 | ☒First Class U.S. Mail, postage prepaid<br>☐CM/ECF |

| | |
|---|---|
| US Dept of Ed<br>400 Maryland Ave, SW<br>Washington DC 20202 | ☒First Class U.S. Mail, postage prepaid<br>☐CM/ECF |
| Truist Bank<br>214 N. Tryon St. Suite 3<br>Charlotte NC 28105 | ☒First Class U.S. Mail, postage prepaid<br>☐CM/ECF |

Dated: September 26, 2025          /s/ Bob Van Galoubandi
                                    Bob Van Galoubandi, Bar No. 28545

                                    The Commerce Center
                                    1777 Reisterstown Road, Suite 375
                                    Baltimore, Maryland 21208

                                    Phone: (410) 739-4562
                                    E-Mail: bgaloubandi@gmail.com

                                    *Attorney for Queenstown Bank of Maryland*

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | |
| BRENDA L. BELT | Case No. 25-14790 DER |
| Debtor | Chapter 13 |
| and | |
| OMARI BELT | |
| Co-Debtor | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

I, Warren Phillips, declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am an Assistance Vice President for Queenstown Bank of Maryland (the "Movant" or "Noteholder") in the above-captioned proceedings.

2. I am over the age of eighteen years and competent to testify to the matters set forth herein based upon my personal knowledge.

3. I have reviewed the Motion to Relief from Automatic Stay with respect to 314 Melvin Avenue, Grasonville, Maryland 21638, Tax Account No. 05-018781 (the "Collateral" or "Subject Property") and each of the facts and statements contained therein are true and correct.

4. The sum of the post-petition payments due from the Debtor and Co-Debtor, as of September 10, 2025, are, as follows:

| | | |
|---|---|---|
| June 2025 Late fee | $ | 33.97 |

| | | |
|---|---|---|
| June payment not made 6/1 | $ | 679.48 |
| June 2025 Lien Release Fee | $ | 50.00 |
| July 2025 Late Fee | $ | 33.97 |
| July payment not made 7/1 | $ | 679.48 |
| August 2025 Late Fee | $ | 33.97 |
| August payment not made 8/1 | $ | 679.48 |
| September payment not made 9/1 | $ | 679.48 |
| Lift Stay Filing Fee | $ | <u>199.00</u> |
| Total: | <u>$</u> | <u>3,068.83</u> |

I declare under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct

Dated: September 16, 2025

_____, AVP Collection Manager
Warren Phillips

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>BRENDA L. BELT<br><br>    Debtor<br><br>and<br><br>OMARI BELT<br><br>    Co-Debtor | Case No. 25-14790 DER<br><br>Chapter 13 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that Queenstown Bank of Maryland (the "Movant" or "Noteholder"), has filed a Motion for Relief from the Automatic Stay with Respect to Debtor and Co-Debtor's Real Property know as 314 Melvin Avenue, Grasonville, Maryland 21638, Tax Account No. 05-018781 pursuant to 11 U.S.C. §362(D) and 11 U.S.C. § 1301(c) and for Adequate Protection (the "Motion"), with this Court, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c). You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one). If you do not want the Court to grant the Motion, or if you want to the Court to consider your view on the Motion, then by October 16, 2025, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Bob Van Galoubandi, Esq.
The Commerce Center
1777 Reisterstown Road, Suite 375
Baltimore, Maryland 21208
Phone: (410) 739-4562

bgaloubandi@gmail.com

If you mail rather than deliver your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

The hearing is scheduled for October 27, 2025 at 1:30 p.m. at United States Bankruptcy Court, 101 W. Lombard Street, Courtroom 9-D, Baltimore, Maryland 21201.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE REFERENCED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION WITHOUT SCHEDULING A HEARING DATE.

Dated: September 26, 2025          /s/ Bob Van Galoubandi
                                   Bob Van Galoubandi, Bar No. 28545

                                   The Commerce Center
                                   1777 Reisterstown Road, Suite 375
                                   Baltimore, Maryland 21208

                                   Phone: (410) 739-4562
                                   E-Mail: bgaloubandi@gmail.com

                                   *Attorney Queenstown Bank of Maryland*