Entered: November 6th, 2025
Signed: November 5th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:  Case No.: **25–14790 – DER**  Chapter: **13**  Doc No.: **38**

**Brenda Latoshia Belt,**
Debtor.

CSMC 2021–RPL7 Trust,
Movant

vs.

Brenda Latoshia Belt, Debtor, and Brian A Tucci, Trustee,
Respondents.

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY BY DEFAULT

Upon consideration of the Motion for Relief from Stay, no response having been filed and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay imposed by 11 U.S.C. § 362(a) be, and the same hereby is, TERMINATED, to enable CSMC 2021–RPL7 Trust, its successors and/or assigns, to pursue its remedies under applicable non–bankruptcy law against the property commonly known as 307 Wilson Road, Grasonville, MD 21638.

cc: Debtor
Attorney for Debtor – PRO SE
Creditor
Creditor's Counsel
Case Trustee

**End of Order**

37x09 (rev. 07/23/2015) – AbbyZalis